■ In the Matter of ANDREW J. FOSTER, Respondent, v CANDIE A. FOSTER, Appellant. JOHN G. KOSLOSKY, ESQ., Attorney for the Children, Appellant. [945 NYS2d 587]—Appeals from an order of the Family Court, Oneida County (Louis P. Gigliotti, A.J.), entered January 31, 2011 in a proceeding pursuant to Family Court Act article 6. The order, among other things, granted petitioner primary physical custody of the subject children.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Fahey, Lindley and Martoche, JJ.